# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **WILLIAM HENSON,**<br>       **Plaintiff,**<br>  v.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>       **Defendant.** | **Case No. 2:12-cv-624**<br>**Judge Peter C. Economus**<br>**Magistrate Judge Terence P. Kemp**<br>**ORDER** |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge. (Dkt. 15.) The Magistrate Judge recommended that the Plaintiff's statement of errors be overruled and judgment entered in favor of the Defendant, the Commissioner of Social Security.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. (Dkt. 15 at 11.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, the Plaintiff's statement of errors is overruled and the Clerk is **DIRECTED** to enter judgment in favor of the Defendant.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE